UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| EDWARD JOSEPH NELSON,<br><br>                        Plaintiff,<br>   v.<br><br>DAN PACHOLKE, PAT GLEBE, RON FRAKER, WILLIAM ROLLINS, S. OBENLAND, KATHY RENINGER, PRICE M. CHENAULT, J. DAVID KENNEY, CRC COMMITTEE STAFFORD CREEK MEDICAL, CLIFFORD J. JOHNSON, SHARON MORGAN, DAVE SIMS, M. HOLTHE, CRC COMMITTEE CBCC, and G. PRESSEL,<br><br>                        Defendants. | No. C12-5048 RBL/KLS<br><br>ORDER GRANTING EXTENSION OF TIME TO SUBMIT SERVICE ADDRESSES |

Before the Court is Plaintiff's motion for an extension of time to provide alternate service addresses. ECF No. 38. On April 18, 2012, Plaintiff was ordered to provide alternative service addresses for Dr. Price Chennault and the individuals serving on the CRC Committee CBCC and CRC Committee SCCC. ECF No. 34. Plaintiff states that he has recently been transferred and does not have access to his legal property. *Id.*

Accordingly, it is **ORDERED:**

(1) Plaintiff's motion (ECF No. 38) is **GRANTED.** Plaintiff shall have an additional **thirty (30)** days to provide alternative service addresses for Dr. Price Chennault and the individuals serving on the CRC Committee CBCC and CRC Committee SCCC. If he fails to do

ORDER - 1

so, the Court will recommend that his claims against Dr. Price Chennault and the individuals serving on the CRC Committee CBCC and CRC Committee SCCC be dismissed.

(2) The Clerk shall send a copy of this Order to Plaintiff.

**DATED** this  11th  day of June, 2012.

*/s/ Karen L. Strombom*
Karen L. Strombom
United States Magistrate Judge

ORDER - 2