UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

EDWARD JOSEPH NELSON,

                Plaintiff,

   v.

DAN PACHOLKE, PAT GLEBE, RON FRAKER, WILLIAM ROLLINS, S. OBENLAND, KATHY RENINGER, PRICE M. CHENAULT, J. DAVID KENNEY, CRC COMMITTEE STAFFORD CREEK MEDICAL, CLIFFORD J. JOHNSON, SHARON MORGAN, DAVE SIMS, M. HOLTHE, CRC COMMITTEE CBCC, and G. PRESSEL,

                Defendants.

No. C12-5048 RBL/KLS

ORDER DENYING MOTION IN RESPONSE TO ANSWER AND REQUEST FOR COUNSEL

Before the Court is Plaintiff's "Motion in Response to Defendants' Answer and Demand for Jury Trial with Affirmative Defenses". ECF No. 35. The Federal Rules of Civil Procedure do not contemplate a response to an answer to a parties' complaint. *See* Fed. R. Civ. P. 7.

Also included in Plaintiff's motion is a request that the Court "appoint an attorney to represent him." ECF No. 35, at 4. The Court denied Plaintiff's motion for counsel on April 18, 2012. ECF No. 33. Plaintiff presents no new facts to show that exceptional circumstances warrant the appointment of counsel in this case.

Accordingly, it is **ORDERED:**

(1)    Plaintiff's motion (ECF No. 35) is **DENIED.**

ORDER - 1

(2)    The Clerk shall send a copy of this Order to Plaintiff.

**DATED** this   11th   day of June, 2012.

/s/ Karen L. Strombom
Karen L. Strombom
United States Magistrate Judge

ORDER - 2