1
2
3
4                        UNITED STATES DISTRICT COURT
                        WESTERN DISTRICT OF WASHINGTON
5                                  AT TACOMA

6    EDWARD JOSEPH NELSON,

7                              Plaintiff,

8          v.

9    DAN PACHOLKE, PAT GLEBE, RON              No. C12-5048 RBL/KLS
     FRAKER, WILLIAM ROLLINS, S.
10   OBENLAND, KATHY RENINGER,                 ORDER DENYING MOTIONS FOR
     PRICE M. CHENAULT, J. DAVID               LEAVE TO AMEND AND FOR
11   KENNEY, CRC COMMITTEE                     EXTENSION OF TIME AS MOOT
     STAFFORD CREEK MEDICAL,
12   CLIFFORD J. JOHNSON, SHARON
     MORGAN, DAVE SIMS, M. HOLTHE,
13   CRC COMMITTEE CBCC, and
     G. PRESSEL,
14
15                             Defendants.

16          Before the Court are Plaintiff's Motions for Extension of Time (ECF No. 43) and for

17   Leave to Amend (ECF No. 50).  Also pending before the Court is Defendants' Motion to

18   Dismiss for failure to allege personal participation.  ECF No. 40.  Under separate Report and

19   Recommendation the undersigned is recommending that Defendants' motion to dismiss be

20   denied and that Plaintiff be given an opportunity to submit an amended complaint.  Therefore,

21   his motions for additional time and to amend are moot.

22
23          It is, therefore, **ORDERED**:

24          (1)     Plaintiff's motions for extension (ECF No. 43) and for leave to amend (ECF No.

25   50) are **DENIED as moot.**
26

     ORDER  - 1

(2)     The Clerk shall send a copy of this Order to Plaintiff and to counsel for

Defendants.

**DATED** this 23rd day of July, 2012.


Karen L. Strombom
United States Magistrate Judge

ORDER - 2