UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

EDWARD JOSEPH NELSON,

    Plaintiff,

v.

DAN PACHOLKE, PAT GLEBE, RON FRAKER, WILLIAM ROLLINS, S. OBENLAND, KATHY RENINGER, PRICE M. CHENAULT, J. DAVID KENNEY, CRC COMMITTEE STAFFORD CREEK MEDICAL, CLIFFORD J. JOHNSON, SHARON MORGAN, DAVE SIMS, M. HOLTHE, CRC COMMITTEE CBCC, and G. PRESSEL,

    Defendants.

No. C12-5048 RBL/KLS

ORDER DENYING MOTIONS FOR LEAVE TO AMEND AND FOR EXTENSION OF TIME AS MOOT

Before the Court are Plaintiff's Motions for Extension of Time (ECF No. 43) and for Leave to Amend (ECF No. 50). Also pending before the Court is Defendants' Motion to Dismiss for failure to allege personal participation. ECF No. 40. Under separate Report and Recommendation the undersigned is recommending that Defendants' motion to dismiss be denied and that Plaintiff be given an opportunity to submit an amended complaint. Therefore, his motions for additional time and to amend are moot.

It is, therefore, **ORDERED:**

(1) Plaintiff's motions for extension (ECF No. 43) and for leave to amend (ECF No. 50) are **DENIED as moot.**

ORDER - 1

(2) The Clerk shall send a copy of this Order to Plaintiff and to counsel for Defendants.

**DATED** this 23rd day of July, 2012.

                                              Karen L. Strombom
                                              United States Magistrate Judge

ORDER - 2