UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| EDWARD JOSEPH NELSON, | |
|---|---|
| Plaintiff, | |
| v. | No. C12-5048 RBL/KLS |
| DAN PACHOLKE, PAT GLEBE, RON FRAKER, WILLIAM ROLLINS, S. OBENLAND, KATHY RENINGER, PRICE M. CHENAULT, J. DAVID KENNEY, CRC COMMITTEE STAFFORD CREEK MEDICAL, CLIFFORD J. JOHNSON, SHARON MORGAN, DAVE SIMS, M. HOLTHE, CRC COMMITTEE CBCC, and G. PRESSEL, | **ORDER ADOPTING REPORT AND RECOMMENDATION** |
| Defendants. | |

The Court, having reviewed the Report and Recommendation of Magistrate Judge Karen L. Strombom, objections to the Report and Recommendation, if any, and the remaining record, does hereby find and **ORDER**:

1) The Court adopts the Report and Recommendation.

2) Defendants' motion to dismiss (ECF No. 40) is **DENIED.** Plaintiff may amend his complaint to cure the deficiencies noted in the Court's Order. shall file his amended complaint **on or before** 8/31/12 .

3) This matter is **re-referred** to the Honorable Karen L. Strombom, United States Magistrate Judge.

ORDER ADOPTING REPORT AND RECOMMENDATION - 1

4) The Clerk is directed to send copies of this Order to Plaintiff, counsel for Defendant and to the Hon. Karen L. Strombom.

DATED this 16th day of August, 2012.

_Ronald B. Leighton_
Ronald B. Leighton
United States District Court Judge

ORDER ADOPTING REPORT AND RECOMMENDATION - 2