UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| EDWARD JOSEPH NELSON,<br><br>      Plaintiff,<br><br> v.<br><br>DAN PACHOLKE, PAT GLEBE, RON FRAKER, WILLIAM ROLLINS, S. OBENLAND, KATHY RENINGER, PRICE M. CHENAULT, J. DAVID KENNEY, CRC COMMITTEE STAFFORD CREEK MEDICAL, CLIFFORD J. JOHNSON, SHARON MORGAN, DAVE SIMS, M. HOLTHE, CRC COMMITTEE CBCC, and G. PRESSEL,<br><br>      Defendants. | No. C12-5048 RBL/KLS<br><br>ORDER GRANTING DEFENDANTS' MOTION TO SEAL |

Defendants filed a Motion to File Sealed/Redacted medical records of Plaintiff. ECF No. 67. The defendants conferred with the Plaintiff and he has agreed to the request. The Court finds that the Plaintiff's privacy concerns regarding his medical condition support granting the Defendant's request and therefore finds that the Defendants have shown good cause.

Accordingly, it is **ORDERED**:

1) Defendants' Motion to File Sealed/Redacted Records with their summary judgment motion and supporting documents and to seal the Declaration of Andrea Vingo in Support of the Motion to Seal/Redact (ECF No. 67) is **GRANTED**.

2) The Clerk will see to it that the Declaration of Andrea Vingo in Support of the Motion to Seal/Redact (ECF No. 68) shall remain sealed.

ORDER - 1

3) The Defendants' are allowed to file a redacted summary judgment motion and supporting documents.

4) The Clerk shall send copies of this Order to Plaintiff and counsel for Defendants.

**DATED** this 16th day of April, 2013.

*Karen L. Strombom*
Karen L. Strombom
United States Magistrate Judge

ORDER - 2