|  |  |
|---|---|
| 1 | |
| 2 | |
| 3 | UNITED STATES DISTRICT COURT |
| 4 | WESTERN DISTRICT OF WASHINGTON AT TACOMA |

|  |  |
|---|---|
| EDWARD J. NELSON,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>DAN PACHOLKE, PAT GLEBE, RON FRAKER, WILLIAM ROLLINS, S. OBENLAND, KATHY RENINGER, PRICE M. CHENAULT, J. DAVID KENNEY, CRC COMMITTEE STAFFORD CREEK MEDICAL, CLIFFORD J. JOHNSON, SHARON MORGAN, DAVE SIMS, M. HOLTHE, CRC COMMITTEE CBCC, G. PRESSEL,<br><br>　　　　　Defendants. | CASE NO. C12-5048RBL/KLS<br><br>ORDER GRANTING PLAINTIFF'S MOTION TO EXTEND |

Before the Court is Plaintiff's motion for a 60 to 90 day extension of his deadline to file a response to Defendants' motion for summary judgment (ECF No. 70), which is currently noted for May 24, 2013. ECF No. 74. Defendants have filed no response to Plaintiff's motion. The Court finds that a sixty day extension of time is not unreasonable.

Accordingly, it is **ORDERED:**

(1)　Plaintiff's motion (ECF No. 74) is **GRANTED.**

(2)　Plaintiff shall file his response to Defendants' motion for summary judgment (ECF No. 70) **on or before July 22, 2013**. Defendants may file a reply **on or before July 26, 2013.**

ORDER GRANTING PLAINTIFF'S MOTION TO EXTEND- 1

1  (3) The Clerk shall **re-note** Defendants' motion for summary judgment (ECF No. 70) for **July 26, 2013**, and send a copy of this Order to Plaintiff and counsel for Defendants.

**DATED** this 31st day of May, 2013.

Karen L. Strombom
United States Magistrate Judge

ORDER GRANTING PLAINTIFF'S MOTION TO EXTEND- 2