|  |  |
|---|---|
| UNITED STATES DISTRICT COURT<br>WESTERN DISTRICT OF WASHINGTON<br>AT TACOMA | |
| EDWARD JOSEPH NELSON,<br><br>                            Plaintiff,<br><br>     v.<br><br>DAN PACHOLKE, PAT GLEBE, WILLIAM ROLLINS, S. OBENLAND, KATHY RENINGER, PRICE M. CHENAULT, J. DAVID KENNEY, CRC COMMITTEE STAFFORD CREEK MEDICAL, CLIFFORD J. JOHNSON, SHARON MORGAN, DAVE SIMS, M. HOLTHE, CRC COMMITTEE CBCC, MARY COLTER, LISA ANDERSON, JACKIE SHUEY, MEGAN HERDENER, PAM SAARI, PAULA THRALL, ELIZABETH SUITER, F. JOHN SMITH, KIM DOTSON, SANDRA CONNER, INDA HERTZ, JOSEPH LOPIN, CATHY BAUM, RODOLFO TREVINO, JAMES EDWARDS, KEVIN SMITH, GLEN SILVER, SHIRLEE NEISNER, STEVE HAMMOND, EDWARD P. HOPFNER, NAJBULLAH STOMAN, LYNN LARSEN-LEVIER, BO GROESCHEL, KRIS SODETANI, MARK BEITER, MARY KEPPLER, ROBERTA KAVINE, TIM PANEK, SHERYL ALLBERT, DENNIS SYNNES, FRANK LONGANO, ERIK LARSEN, FRED NAVARRO, MARY JEAN CUACONG, MICHAEL OBENLAND,<br>                            Defendants. | No. C12-5048 RBL/KLS<br><br>**ORDER ADOPTING REPORT AND RECOMMENDATION** |

The Court, having reviewed the Report and Recommendation of Magistrate Judge Karen L. Strombom, objections to the Report and Recommendation, if any, and the remaining record, does hereby find and **ORDER:**

ORDER ADOPTING REPORT AND RECOMMENDATION- 1

(1)   The Court adopts the Report and Recommendation.

(2)   Defendants' Motion for Summary Judgment (ECF No. 70) is **GRANTED** and Plaintiff's claims against Defendants are **Dismissed With Prejudice**.

(3)   The Clerk is directed to send copies of this Order to Plaintiff, counsel for any Defendants who have appeared, and to the Hon. Karen L. Strombom.

**DATED** this 9th day of September, 2013.

_____
RONALD B. LEIGHTON
UNITED STATES DISTRICT JUDGE

ORDER ADOPTING REPORT AND RECOMMENDATION- 2